STATE *v.* EVANS.

---

STATE v. JIMMIE C. EVANS.

(Filed 25 February, 1959.)

APPEAL by defendant from *Moore, J.,* November Term, 1958, PITT Superior Court.

Criminal prosecution upon indictment charging felonious assault with a deadly weapon with intent to kill, inflicting serious injury not resulting in death. Upon the defendant's plea of not guilty, the court and jury heard evidence of numerous witnesses, both for the State and for the defendant. From a verdict of guilty of assault with a deadly weapon and judgment thereon, the defendant appealed.

*Malcolm B. Seawell, Attorney General, Claude L. Love, Assistant Attorney General, for the State.*

*Jones, Reed & Griffin for defendant, appellant.*

PER CURIAM.  The impeaching questions asked by the solicitor do not transgress the rules of fair cross-examination. Likewise, the questions by the court were of a clarifying nature only. The assignments of error relating to both are without merit.

The trial court was correct in ruling the evidence made out a case for the jury on the felony charge, which included the lesser offense of which the defendant was convicted.

No Error.

MOORE, J., took no part in the consideration or decision of this case.